**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civil Action No.: 1:17-cv-24615-SCOLA/TORRES

| | |
|---|---|
| CONTRABAND SPORTS, LLC, <br> a Florida Limited Liability Company, <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> FIT FOUR, LLC, a Utah Limited Liability Company, <br><br> Defendant and <br> Counterclaimant. | § § § § § § § § § § § § § § **JURY TRIAL DEMANDED** |

**PLAINTIFF CONTRABAND'S ANSWER & AFFIRMATIVE DEFENSES
TO DEFENDANT'S COUNTERCLAIMS**

Plaintiff, Contraband Sports, LLC ("Contraband"), files this Answer and Affirmative Defenses to Defendant Fit Four's Counterclaims filed February 16, 2018 [DE 7, pp. 11-19].

**PARTIES**

1. Admitted for jurisdictional purposes only.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted.

4. Admitted.

5. Admitted.

## **GENERAL ALLEGATIONS**

6. Plaintiff is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

7. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

8. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

9. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

10. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

11. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

12. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

13. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

14. Contraband denies this allegation and demands strict proof thereof.

15. Contraband denies this allegation and demands strict proof thereof.

16. Contraband denies this allegation and demands strict proof thereof.

17. Contraband denies this allegation and demands strict proof thereof.

18. Contraband denies this allegation and demands strict proof thereof.

## FIRST CLAIM FOR RELIEF
### Infringement of United States Design Patent No. D652,607

19. Contraband realleges and reaffirms its answers to paragraphs 1 through 18, as if fully stated herein.

20. Contraband is without knowledge of the truth of this allegation and therefore denies it and demands strict proof thereof.

21. Contraband denies this allegation and demands strict proof thereof.

22. Contraband denies this allegation and demands strict proof thereof.

23. Contraband denies this allegation and demands strict proof thereof.

24. Contraband denies this allegation and demands strict proof thereof.

25. Contraband denies this allegation and demands strict proof thereof.

26. Contraband denies this allegation and demands strict proof thereof.

## SECOND CLAIM FOR RELIEF
### Intentional Interference with Economic Relations

27. Contraband realleges and reaffirms its answers to paragraphs 1 through 18, as if fully stated herein.

28. Contraband denies this allegation and demands strict proof thereof.

29. Contraband denies this allegation and demands strict proof thereof.

30. Contraband denies this allegation and demands strict proof thereof.

31. Contraband denies this allegation and demands strict proof thereof.

## THIRD CLAIM FOR RELIEF
### Unjust Enrichment

32. Contraband realleges and reaffirms its answers to paragraphs 1 through 18, as if fully stated herein.

33. Contraband denies this allegation and demands strict proof thereof.

34. Contraband denies this allegation and demands strict proof thereof.

## FOURTH CLAIM FOR RELIEF
### Deceptive and Unfair Trade Practices

35. Contraband realleges and reaffirms its answers to paragraphs 1 through 18, as if fully stated herein.

36. Contraband denies this allegation and demands strict proof thereof.

37. Contraband denies this allegation and demands strict proof thereof.

38. Contraband denies this allegation and demands strict proof thereof.

39. Contraband denies each and every allegation of wrongdoing, injuries and damages, and demands strict proof thereof.

## CONTRABAND'S AFFIRMATIVE DEFENSES

These allegations are raised strictly as defenses and are not to be considered as admissions of Contraband as to any factual, legal or other matters. All allegations not specifically admitted are specifically denied. Contraband denies all allegations not expressly admitted herein, whether numbered or unnumbered, including without limitation, any and all demands for judgment or any relief whatsoever.

**First Affirmative Defense:** Fit Four's Counterclaim fails to state a claim against Contraband upon which relief can be granted.

**Second Affirmative Defense:** Fit Four has not identified a case or controversy sufficient to create declaratory judgment jurisdiction in this Court.

**Third Affirmative Defense:** Fit Four's causes of action against Contraband, as well as the forms of relief Fit Four seeks, are barred by the doctrines of waiver, acquiescence and/or laches or the statute of limitations.

**Fourth Affirmative Defense:** Fit Four's causes of action against Contraband are barred by the doctrines of unclean hands, fraud, material misrepresentation, inequitable conduct, and/or other self-inflicted, commercially unreasonable, or bad faith conduct of Fit Four itself.

**Fifth Affirmative Defense:** Fit Four's claim for damages against Contraband is too remote, speculative, and/or unavailable as a matter of law and, regardless, would result in unjust enrichment if awarded. Alternatively, Fit Four has suffered no damage or harm as a result of the conduct alleged in the Complaint and is, therefore, not entitled to any relief.

**Sixth Affirmative Defense:** Pursuant to, *inter alia*, 35 U.S.C. § 285, Contraband is entitled to recover reasonable attorneys' fees against Fit Four on the grounds that this action has been brought against Contraband without merit and has not been brought or asserted in good faith.

**Seventh Affirmative Defense:** Fit Four's state and/or common law claims are either barred, preempted or subsumed by Fit Four's federal claims.

**Eighth Affirmative Defense:** Fit Four's causes of action against Contraband are barred by intervening or superseding causes, including, but not limited to, the actions of other unnamed third parties and/or Fit Four itself, creating a lack of causation and/or the absence of a causal relationship between Fit Four's allegations and Contraband's conduct. Put otherwise, the cause of Fit Four's damages, if any, was the independent act or acts of other persons or entities, including Fit Four itself, over whom Contraband has no control and for whom Contraband is in no way liable or responsible.

**Ninth Affirmative Defense:** Fit Four has failed to mitigate its alleged damages, if any, thereby eliminating or reducing all damages claimed.

**Tenth Affirmative Defense:** Fit Four's causes of action are barred by the doctrine of equitable estoppel or are otherwise contrary to public policy.

**Eleventh Affirmative Defense:** Fit Four's tort cause of action is barred by the economic loss doctrine where Fit Four alleges a contractual relationship.

**Twelfth Affirmative Defense:** Fit Four's causes of action are barred, in whole or in part, because Contraband's accused conduct is either justified or privileged.

**Thirteenth Affirmative Defense:** Fit Four's claims are barred, in whole or in part, because the Complaint fails to contain sufficient specificity to put Contraband on notice of the nature of the claims asserted against it and any purported wrongdoing.

Contraband reserves the right to add additional affirmative defenses as this matter progresses and Contraband discovers additional information. Likewise, to the extent any of Contraband's affirmative defenses can be construed as claims, Contraband reserves the right to amend this answer to specifically plead any such claims against Fit Four.

## PRAYER FOR RELIEF

**WHEREFORE**, Contraband prays that the claims against it be dismissed with prejudice and that it be awarded its costs, attorneys' fees, and other such relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ Andrew S. Rapacke
Attorney for Contraband
THE RAPACKE LAW GROUP, P.A.
Florida Bar No. 0116247
1836 N. Pine Island Road
Plantation, FL 33322
Telephone: (954) 951-0154
Facsimile: (954) 206-0484
Email and Court designation:
andy@arapackelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2018, under Federal Rule of Civil Procedure 5, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice to all counsel of record on the Service List below:

## SERVICE LIST

**HOLLAND & KNIGHT**
Brett Barfield
Florida Bar No. 192252
brett.barfield@hklaw.com
701 Brickell Ave., Ste. 3300
Miami, FL 33131
305 374 8500

**KIRTON MCCONKIE**
Joshua S. Rupp*
jrupp@kmclaw.com
36 South State Street, Suite 1900
Salt Lake City, UT 84111
801-323-5989

*Attorneys for Fit Four, LLC*

By: /s/ Andrew S. Rapacke
Florida Bar No. 0116247