United States District Court
for the
Southern District of Florida

Contraband Sports, LLC, Plaintiff,      )
                                        )
v.                                      )   Civil Action No. 17- 24615-Civ-Scola
                                        )
Fit Four, LLC, Defendant.               )

### Order Granting Motion to Stay

Pending before the Court is Defendant Fit Four LLC's unopposed motion to stay the remaining deadlines associated with this case. (Def.'s Mot. to Stay, ECF No. 42.) As Fit Four explains, United States Magistrate Judge Edwin G. Torres recently recommended, upon referral, that the Court grant Fit Four's motion to enforce the parties' settlement agreement. (Rep. & Rec., ECF No. 38). Objections to that report are not yet due. As Fit Four points out, if the Court ultimately adopts Judge Torres's report and recommendation, this case will likely be dismissed, thus mooting all remaining case deadlines. Therefore, in order to conserve the Court and the parties' resources, the Court **grants** Fit Four's motion to stay (**ECF No. 42**).

To this end, all active deadlines in this case (not related to the report and recommendation) are stayed pending the Court's ruling on Judge Torres's recommendation. In the event this case is not dismissed or otherwise resolved by the Court's decision, the parties are ordered to submit a joint motion to lift the stay and a joint proposed scheduling order **within seven days** of the Court's ruling on Judge Torres's report and recommendation.

**Done and ordered**, at Miami, Florida, on October 18, 2018.

_____
Robert N. Scola, Jr.
United States District Judge