United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Contraband Sports, LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17- 24615-Civ-Scola |
| | ) |
| Fit Four, LLC, Defendant. | ) |

### Order Adopting Report and Recommendation

The Court referred Defendant Fit Four, LLC's motion to enforce the parties' settlement agreement to United States Magistrate Judge Edwin G. Torres for a report and recommendation. Judge Torres has issued a report, recommending that Fit Four's motion be granted. Neither party has objected to the report and the time to do so has passed. Nonetheless, the Court has considered—de novo—Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court thus **adopts** the recommendation in full (**ECF No. 38**), **granting** Fit Four's motion (**ECF No. 15**), and thus **dismissing** this case, per the parties' agreement, **with prejudice**.

The Clerk is directed to **close** this case. Any pending motions are **denied as moot**.

**Done and ordered**, at Miami, Florida, on March 4, 2019.

Robert N. Scola, Jr.
United States District Judge